IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**Rebecca Lorine Sue Jenkins**                                                                        **Plaintiff**

v.                          No. 5:15-CV–001-JM

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                    **Defendant**

## ORDER ACCEPTING RECOMMENDED DISPOSITION

After reviewing the recommended disposition filed in this case, the court finds that no party has objected. The court ACCEPTS the recommended disposition, GRANTS Rebecca Lorine Sue Jenkins's request for relief (docket entry # 2), and REMANDS this case to Carolyn W. Colvin, Acting Commissioner of the Social Security Administration. On remand, the Commissioner will update the medical evidence, obtain supplemental vocational evidence, and ensure vocational evidence supports the Commissioner's determination.

So ordered this 27th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE